# EXHIBIT 5



# 22C1563 : DOE V ENDO HEALTH SOLUTIONS INC.
DAVIDSON COUNTY CLERK OF COURTS

| | | | |
|---|---|---|---|
| **Case Number** | 22C1563 | **Plaintiff** | DOE, BABY et al |
| **Case Type** | DAMAGE/TORT COMPLAINT | **Defendant** | ENDO HEALTH SOLUTIONS INC. et al |
| **Opened** | 08-03-2022 | **Judge** | AMANDA MCCLENDON - 2nd Circuit |
| **Status** | Pending | **Amt. of Claim** | $0.00 |
| | | **Jury/Non Jury** | Jury |

⊞ Show/Hide Participants

| File Date | Case History |
|---|---|
| 09-28-2022 Defendant | Filed By: ENDO HEALTH SOLUTIONS INC. <br> BANKRUPTCY FILED 1ST PAGE - ALL DOCS BOUND (ON SHELF)D1 |
| 09-27-2022 Defendant | Filed By: TEVA PHARMACEUTICALS USA INC. <br> ORDER DECLINE REQUEST TO TRANSFER TO BUSINESS COURT |
| 09-23-2022 Defendant | Filed By: TEVA PHARMACEUTICALS USA INC. <br> REQUEST FOR DESIGNATION TO THE BUSINESS COURT |
| 09-22-2022 Defendant | Filed By: ABBOTT, TIMOTHY <br> ORDER EXTENDING RESPONSIVE PLEADING DEADLINE |
| 09-20-2022 Defendant | Filed By: TEVA PHARMACEUTICALS USA INC. <br> NOTICE OF APPEARANCE FOR TEVA PHARM, ACTAVIS, ACTAVIS PHARMA AND WATSON LAB |
| 09-19-2022 Defendant | Filed By: JOHNSON & JOHNSON INC. <br> NOTICE OF APPEARANCE T.MAYES & A.THARP FOR D13.D14 |
| 09-19-2022 Defendant | Filed By: MEHTA, HEMAL <br> NOTICE OF APPEARANCE R.PEAL,G.FOX FOR D30 MEHTA |
| 09-14-2022 Defendant | Filed By: ALLERGAN FINANCES LLC <br> NOTICE OF APPEARANCE C.VLAHOS,J.HARRIS FOR D9 ALLERGAN FINANCE, LLC |
| 09-14-2022 Defendant | Filed By: WALMART INC. <br> APPEARANCE LETTER JOSHUA BURGENER FOR D26.D27 WALMART DEFTS |
| 09-12-2022 Plaintiff | Filed By: DOE, BABY <br> RETURN OF SERVICE D29-SERVED SUMMONS - CINDY SCOTT RT-09/09/2022 |
| 09-12-2022 Plaintiff | Filed By: DOE, BABY <br> ALIAS SUMMONS PERSONAL -D24 W/C & EX |
| 09-12-2022 Plaintiff | Filed By: DOE, BABY <br> ALIAS SUMMONS PERSONAL -D20 W/C & EX |
| 09-12-2022 Plaintiff | Filed By: DOE, BABY <br> ALIAS SUMMONS PERSONAL -D13 W/C & EX |
| 09-08-2022 Plaintiff | Filed By: DOE, BABY <br> RETURN OF SERVICE D17-SERVED RT-08/31/2022 |
| 09-08-2022 Plaintiff | Filed By: DOE, BABY <br> RETURN OF SERVICE D16-SERVED RT-08/31/2022 |
| 09-08-2022 Plaintiff | Filed By: DOE, BABY <br> RETURN OF SERVICE D12-SERVED RT-09/07/2022 |
| 09-08-2022 Plaintiff | Filed By: DOE, BABY <br> RETURN OF SERVICE D9-SERVED RT-09/07/2022 |
| 09-07-2022 Plaintiff | Filed By: DOE, BABY <br> RETURN OF SERVICE D8-SERVED TEVA PHARMACEUTICALS RT-08/31/2022 |
| 09-07-2022 Plaintiff | Filed By: DOE, BABY <br> RETURN OF SERVICE D5-SERVED IMPAX LABS RT-09/07/2022 |
| 09-02-2022 Defendant | Filed By: DEL MAR MEDICAL INC. D/B/A PARDUE'S PHARMACY <br> ANSWER OF D3(DEL MAR) TO COMPLAINT |
| 09-02-2022 Defendant | Filed By: DEL MAR MEDICAL INC. D/B/A PARDUE'S PHARMACY <br> NOTICE OF APPEARANCE (L.POPE / W.HAWKINS) FOR D33(DEL MAR) |
| 09-01-2022 Defendant | Filed By: ABBOTT, TIMOTHY <br> ORDER - SUBMITTED EXTENDING RESPONSIVE PLEADING DEADLINE |
| 09-01-2022 | Filed By: ABBOTT, TIMOTHY |

| Date | Party | Filing |
|---|---|---|
| | Defendant | MOTION 09/16/2022 - OF D28 (UNOPPOSED)TO EXTEND RESPONSIVE PLEADING DEADLINE |
| 09-01-2022 | Defendant | Filed By: ABBOTT, TIMOTHY<br>NOTICE OF APPEARANCE KYLE MOTHERSHEAD FOR D28 ABBOTT |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D25-SERVED WALGREEN CO. RT-08/30/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D27-SERVED WAL-MART STORES EAST, LP RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D26-SERVED WALMART, INC. RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D21-SERVED TENNESSEE CVS PHARMACY, LLC RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D23-SERVED RITE AID OF TENNESSEE, INC. RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D24-SERVED RITE AID OF MARYLAND, INC. RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D22-SERVED RITE AID HDQTRS., CORP. RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D13-SERVED JOHNSON & JOHNSON, INC. RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D14-SERVED JANSSEN PHARMACEUTICALS, INC. RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D19-SERVED CVS TN DISTRIBUTION, INC. RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D18-SERVED CVS PHARMACY, INC. RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D20-SERVED CVS INDIANA, LLC RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D15-SERVED AMERISOURCEBERGEN RT-08/26/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D11-SERVED ACTAVIS PHARMA, INC. RT-08/25/2022 |
| 08-30-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D10-SERVED ACTAVIS LLC RT-08/25/2022 |
| 08-30-2022 | Defendant | Filed By: WALGREEN CO.<br>NOTICE OF APPEARANCE WOJCIK FOR D25 WALGREEN CO |
| 08-30-2022 | Defendant | Filed By: WALGREEN CO.<br>NOTICE OF APPEARANCE MALLOY FOR D25 WALGREEN CO |
| 08-30-2022 | Defendant | Filed By: WALGREEN CO.<br>NOTICE OF APPEARANCE EVANS,GRIFFIN,WOJCIK,MALLOY FOR D25 WALGREEN CO |
| 08-29-2022 | Plaintiff | Filed By: DOE, BABY<br>ALIAS SUMMONS PERSONAL -D29 W/C & EX |
| 08-29-2022 | Plaintiff | Filed By: DOE, BABY<br>ALIAS SUMMONS PERSONAL -D32 W/C & EX |
| 08-23-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D32-NOT FOUND SUMMONS - JAMES MACCARONE RT-08/08/2022 |
| 08-23-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D29-NOT FOUND SUMMONS - CINDY SCOTT RT-08/08/2022 |
| 08-23-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D28-SERVED SUMMONS - TIMOTHY ABBOTT RT-08/11/2022 |
| 08-23-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D30-SERVED SUMMONS - HEMAL MEHTA RT-08/08/2022 |
| 08-23-2022 | Plaintiff | Filed By: DOE, BABY<br>RETURN OF SERVICE D33-SERVED SUMMONS - DEL MAR MEDICAL RT-08/08/2022 |
| 08-16-2022 | Plaintiff | Filed By: DOE, BROTHER<br>ORDER ORDER APPOINTING GUARDIAN AD LITEM |
| 08-04-2022 | Plaintiff | Filed By: DOE, BABY<br>ORDER ALLOWING COMPLAINT TO BE FILED UNDER PSEUDONYM |
| 08-03-2022 | Plaintiff | Filed By: DOE, BABY<br>SUMMONS PERSONAL SERVICE-D8 W/C, EX |
| 08-03-2022 | | Filed By: DOE, BABY |

| | | |
|---|---|---|
| Plaintiff | | SUMMONS PERSONAL SERVICE-D7 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D6 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D5 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D4 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | ORDER - SUBMITTED TO APPOINT GAL |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D3 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | EXHIBITS E-FILED EX. A TO MOTION TO APPOINT GAL |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | MOTION - OF P1 MOTION TO APPOINT GAL |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | ORDER - SUBMITTED TO PROCEED BY PSEUDONYM |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | AFFIDAVIT AFFIDAVIT ISO MOTION TO PROCEED BY PSEUDONYM |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | MOTION - OF P1 TO PROCEED BY PSEUDONYM |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D33 W/, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D32 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D31 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D30 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D29 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D2 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D28 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D27 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D26 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D25 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D24 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D23 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D22 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D21 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D20 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D19 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D1 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D18 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D17 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |

| | | |
|---|---|---|
| Plaintiff | | SUMMONS PERSONAL SERVICE-D16 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D15 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D14 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D13 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D12 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D11 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D10 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | SUMMONS PERSONAL SERVICE-D9 W/C, EX |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | EXHIBITS E-FILED EX. A - CERTIFICATE OF GOOD FAITH |
| 08-03-2022 | Filed By: DOE, BABY | |
| Plaintiff | | DAMAGE/TORT COMPLAINT 269320*1 |